ESTEY & CAMP, Appellants, v. JOHN YETMEIR AND MRS. JOHN YETMEIR.

PRACTICE IN SUPREME COURT: CERTIFICATE SHOULD SHOW INVOLVED QUESTIONS.

*Appeal from Webster District Court.*—HON. D. R. HINDMAN, Judge.

FRIDAY, DECEMBER 13, 1895.

*R. M. Wright* for appellants.

*Botsford, Healy & Healy* for appellees.

Deemer, J.—This case comes to us on a certificate from the lower court. The nature of the action is not stated, except as it may be gathered from this recital in the abstract: "On the 9th day of October, 1894, * * * the said court entered judgment

and decree dismissing plaintiff's bill in equity, and, at the time of signing and filing said decree, signed and filed the following certificate." The certificate itself, after the caption, commences: "This action involving less than a hundred dollars, it is desirable to have the opinion of the supreme court on the following questions of law." Then follow the two questions presented. It nowhere appears that the questions certified are involved in the case. Such a showing must be made to give us jurisdiction. *Lamb v. Ross.* 84 Iowa, 578 (51 N. W. Rep. 48); *Curran v. Coal Co.,* 63 Iowa, 94 (18 N. W. Rep. 698); *Beach v. Donovan.* 74 Iowa, 543 (38 N. W. Rep. 404); *Beeler v. Garrett,* 76 Iowa, 231 (40 N. W. Rep 724). We do not have jurisdiction, and the appeal is *dismissed.*